# LAW OFFICE OF MICHAEL D. LIBERTY

◆

1290 Howard Ave., Suite 303
Burlingame, California 94010
Telephone: (650) 685-8085
Facsimile: (650) 685-8086
mdlaw@pacbell.net

August 1, 2013

**VIA E-FILING**

Magistrate Judge Joseph C. Spero
United States District Court
450 Golden Gate Avenue, Courtroom G
San Francisco, CA 94102

    Re:    *Tolchin v. LG Chem, Ltd., et al.*
           Northern District Case No. 1 13-0700 JCS

Dear Judge Spero:

I write to request a 60 day extension for the August 23, 2013 case management conference.

On July 19, 2013 I filed an Administrative Motion to Consider Whether Cases Should be Related in the *Lithium Ion Batteries Antitrust Litigation*, Case No. 4:13-md-02420-YGR before the Honorable Judge Yvonne Gonzalez Rogers in Oakland.

On August 23, 2013 at 1:30 p.m. you scheduled another case management conference for San Francisco. Would you kindly continue that hearing for 60 days. This will allow Judge Yvonne Gonzalez Rogers to rule whether Tolchin should be transferred to Oakland. Thank you.

Very truly yours,

Michael D. Liberty

MDL:mg

IT IS HEREBY ORDERED that the case management conference has been continued to October 25, 2013, at 1:30 PM. A case management conference statement shall be due by October 18, 2013.
Dated: 8/6/13

